IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00233-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK W. BUCKINGHAM,

    Defendant.

---

**ORDER DIRECTING GOVERNMENT RESPONSE TO MOTIONS FOR DISCOVERY**

---

This matter is before the Court on:

1. Defendant's Motion for Discovery of Expert Witness Identification and Testimony, and for Reports of Examination and Tests (Dkt. # 10);

2. Motion for Discovery [re discovery of exculpatory/impeachment information] (Dkt. # 11); and

3. Defendant's Motion for Disclosure of Evidence Favorable to the Accused Not Previously Disclosed By the Government or Previously Requested In Other Motions (Dkt. # 12).

The government is DIRECTED to respond to these motions no later than **5:00 p.m. Monday, July 24, 2006.**

DATED: July 17, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge