IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00233-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK W. BUCKINGHAM,

    Defendant.

## ORDER DESIGNATING COMPLEXITY AND SETTING TRIAL DATES

This matter is before the Court on defendant's Motion to Declare Case Complex and Exclude Time Under the Speedy Trial Act (Dkt. # 18). Having considered the argument of counsel and all relevant factors, including those enumerated in 18 U.S.C. §§ 3161(h)(8)(A) and B(ii), and for the reasons set forth in defendant's motion, which reasons are incorporated herein by reference, the Court GRANTS defendant's motion and finds this criminal case complex and requiring pretrial and trial dates and deadlines beyond the time periods otherwise applicable to this action under the Speedy Trial Act. It is hereby

ORDERED that all pretrial motions shall be filed by **October 2, 2006** and responses to these motions shall be filed by **October 13, 2006**. It is

FURTHER ORDERED that a Final Trial Preparation Conference is set for **Friday, December 1, 2006, at 8:30 a.m.** and a seven-day jury trial is set for **Monday, December 11, 2006, at 1:30 p.m.**

DATED: July 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge