IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00233-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK W. BUCKINGHAM,

    Defendant.

## ORDER TO SET MOTIONS HEARING

This matter is before the Court on Defendant's Motion for Discovery of Expert Witness Identification and Testimony (Dkt. # 10), defendant's second Motion for Discovery (Dkt. # 11), Defendant's Motion for Disclosure of Evidence Favorable to the Accused (Dkt. # 12), and the Government's Consolidated Response (Dkt. # 22) to those motions.  It is hereby

ORDERED that a hearing to address the above-referenced motions is set for **Tuesday, August 8, 2006, at 1:30 p.m.**  The Court has set aside one hour for this hearing.  Should counsel require more than one hour to present argument, they are directed to call the undersigned judge's chambers at least 24 hours prior to the hearing time.

    DATED:  July 25, 2006

                                                  BY THE COURT:

                                                  *s/ Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge