IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00233-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK W. BUCKINGHAM,

    Defendant.

---

**ORDER REGARDING PRODUCTION OF MATERIALS
AND ORDER SETTING *JAMES* HEARING**

---

Upon consideration of the defendant's Motion for Production of Materials and Motion for *James* Hearing (Dkt. # 29) pursuant to F.R.Crim.P. 12(d)(2) and 14, Fed.R.Evid.104 and 801(d)(2)(E), and *Bruton v. United States*, 391 U.S. 123 (1968), it is

ORDERED that the Government shall disclose and produce to Defendant Buckingham any and all evidence regarding statements of any charged or uncharged co-conspirator, co-participant, or accomplice in this case.

IT IS FURTHER ORDERED that a *James* hearing in this matter is SET for **Thursday, November 2, 2006 at 9:00 a.m.** Any briefing as to *James* hearing issues shall be filed by both sides <u>on or before October 30, 2006</u>.

DATED:  October 4, 2006        BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge