**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Bernique Abiakam　　　　　　　　　Date: November 2, 2006
Court Reporter: Darlene Martinez
Interpreter: n/a

Criminal Action No.: 06-cr-00233-PSF

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Matthew T. Kirsch |
|  | Peter H. Walsh |
| Plaintiff, | |
| v. | |
| PATRICK W. BUCKINGHAM, | Philip W. Ogden |
| Defendant. | |

___

**COURTROOM MINUTES**
___

HEARING: Motions

**9:00 a.m.　　Court in session.**

Appearances of counsel.  Defendant present on bond.

Opening remarks by the Court.

**ORDERED: Notice of Waiver of Jury Trial (Filed 10/02/06; Doc. No. 28) is ACCEPTED.**

Discussion regarding location of trial to court.

Discussion regarding length of trial.

*06-cr-00233-PSF-01*
*Motions Hearing*
*November 2, 2006*

**ORDERED:** Motion For Change of Vicinage (Filed 10/2/06; Doc. No. 31) is DENIED.

Discussion regarding 404(b) evidence.

**ORDERED:** Defendant's Motion For Notice Of The Government's Intended Use of 404(b) Evidence And For A Pretrial Hearing To Determine The Admissibility Of That Evidence (Filed 10/02/06; Doc. No. 30) is DENIED as MOOT WITHOUT PREJUDICE.

Discussion regarding return date for subpoena duces tecum.

**ORDERED:** **Motion To Set A Hearing Return Date For Subpoena Duces Tecum (Filed 10/02/06; Doc. No. 32)** is GRANTED. The return date is **November 13, 2006** with limited access to the Public Defender's file as specified on the record.

Discussion regarding James Hearing.

**ORDERED:** A 5-day Trial to Court is set for **December 11-15, 2006 at 9:00 a.m.**

The Court questions Mr. Buckingham and advises him of his rights.

Discussion regarding trial procedures, expectations, courtroom technology, and trial briefs.

Discussion regarding Government's Notice of Intent To Offer Evidence Possibly Governed by Rule 702 or Rule 201 (Filed 10/13/06; Doc. No. 38).

The Court advises counsel to consult with one another to reach a stipulation regarding specified evidence and testimony.

**ORDERED:** Bond is continued.

**9:40 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 40 minutes