IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00233-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

PATRICK W. BUCKINGHAM,

     Defendant.

## ORDER SETTING MOTION HEARING

This matter is before the Court on the Motion to Quash (Dkt. # 43), filed by the El Paso County Regional Public Defender's Office. The Court has set a hearing regarding this motion for **Tuesday, November 21, 2006 at 11:00 a.m.** Any responses by the parties are due no later than 10:00 a.m. on November 20, 2006.

     DATED:  November 14, 2006

                                             BY THE COURT:

                                             *s/ Phillip S. Figa*

                                             _____
                                             Phillip S. Figa
                                             United States District Judge