IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00233-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK W. BUCKINGHAM,

    Defendant.

## ORDER VACATING MOTION HEARING

Due to the representation of defense counsel that he has received requested documents, the hearing on El Paso County Public Defender's Motion to Quash (Dkt. # 44) set for November 21, 2006 at 11:00 a.m. is VACATED.

DATED:  November 21, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge