IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00233-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK W. BUCKINGHAM,

    Defendant.

## ORDER ON MOTION TO QUASH

    El Paso County Regional Public Defender's Office's Motion to Quash Subpoena (Dkt. # 43) is DENIED AS MOOT.

    DATED: December 1, 2006

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*

                                  _____
                                  Phillip S. Figa
                                  United States District Judge