IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00233-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK W. BUCKINGHAM,

    Defendant.

## ORDER SETTING HEARING

Pursuant to F.R.Crim.P. 43(a)(2), the verdict in this matter will be issued in open Court by the undersigned, acting as trier of fact, on **Wednesday, January 31, 2007 at 10:00 a.m.** Defendant and all counsel shall be present in person.

DATED: January 26, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge