IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00233-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK W. BUCKINGHAM,

    Defendant.
_____

## JUDGMENT OF ACQUITTAL
_____

    This matter was tried to the Court from December 11, 2006 through December 14, 2006, Judge Phillip S. Figa presiding.  On January 31, 2007, the Court read the verdict in open court, pursuant to F.R.Cr.P. 23(c), finding Defendant Patrick W. Buckingham not guilty of Counts One, Two and Three of the Indictment, it is now

    ORDERED that Defendant Patrick W. Buckingham is acquitted of all charges against him and the Indictment is dismissed.    It is

    FURTHER ORDERED that Defendant Patrick W. Buckingham's bond is discharged.

    DATED January 31, 2007.

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge